1

2

3

4                      UNITED STATES DISTRICT COURT

5                      EASTERN DISTRICT OF CALIFORNIA

6

7    CHRISTINA CULLEY, an                No. 2:15-cv-00081-GEB-CMK
     individual, on behalf of
8    herself and on behalf of all
     persons similarly situated,
9                                        **STATUS (PRETRIAL SCHEDULING)**
               Plaintiff,                **ORDER**
10
11        v.

12   LINCARE INC., a corporation;
     and ALPHA RESPIRATORY INC., a
13   corporation,

               Defendants.[*]
14

15

16        The status (pretrial scheduling) conference scheduled

17   for hearing on April 20, 2015, is vacated since the parties'

18   Joint Status Report filed April 7, 2015 ("JSR") indicates the

19   following Order should issue.

20                    DISMISSAL OF DOE DEFENDANTS

21        Since Plaintiff has not justified Doe defendants

22   remaining in this action, Does 1-50 are dismissed. See Order

23   Setting Status (Pretrial Scheduling) Conference filed January 13,

24   2015, at 2 n.2 (indicating that if justification for "Doe"

25   defendant allegations not provided Doe defendants would be

26   dismissed).

27   _____

28   [*]   The caption has been amended according to the Dismissal of Doe
     Defendants portion of this Order.

                                    1

1                    MOTION FOR CLASS CERTIFICATION

2          The parties state in the JSR that "[t]o date, [they]

3    are unable to reach an agreement regarding the deadline and

4    briefing schedule for [Plaintiff's] motion for class

5    certification." (JSR 4:22-23, ECF No. 10.) Each side has proposed

6    a different briefing schedule.

7          Federal Rule of Civil Procedure 23(c)(1) prescribes

8    "the court must determine by order whether to certify the action

9    as a class action" at "an early practicable time." Therefore the

10   following schedule issues: The motion for class certification

11   shall be filed no later than September 28, 2015; an opposition or

12   statement of non-opposition to the motion shall be filed no later

13   than November 2, 2015; and any reply shall be filed no later than

14   November 16, 2015. The hearing on the motion shall be noticed for

15   November 30, 2015, at 9:00 a.m.

16                 SCHEDULING FURTHER STATUS REPORT

17         A further Status (Pretrial Scheduling) Conference is

18   scheduled to commence at 9:00 a.m. on January 19, 2016. A joint

19   status report shall be filed no later than fourteen (14) days

20   prior to the status conference.

21   Dated:  April 14, 2015

22

23

24   _____
     GARLAND E. BURRELL, JR.
25   Senior United States District Judge

26

27

28

                                    2