1 **BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
2 Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
3 Piya Mukherjee (State Bar #274217)
  2255 Calle Clara
4 La Jolla, CA 92037
  Telephone: (858)551-1223
5 Facsimile: (858) 551-1232
  Website: www.bamlawca.com
6
7 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CULLEY, an individual, on behalf of herself and on behalf of all persons similarly situated, | CASE No. **2:15-cv-00081-GEB-CMK** |
| Plaintiff, | **ORDER RE: STIPULATION FOR PROTECTIVE ORDER PURSUANT TO E.D. CAL. CIV. L.R. 141.1** |
| vs. | |
| LINCARE INC., a Corporation; ALPHA RESPIRATORY INC., a Corporation; and Does 1 through 50, Inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that it is hereby ORDERED as follows:

The Court has reviewed the Parties' Stipulation for Protective Order Pursuant to E.D. Cal. L.R. 141.1.

Good cause appearing therefore, it is hereby ordered that the Stipulation for Protective Order is granted.

The Parties' Stipulation for Protective Order shall govern documents and information produced by the Parties in Culley v. Lincare, Inc., et al, Case No. 2:15-cv-00081-GEB-CMK.

IT IS SO ORDERED.

DATED: July 16, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE