1  David L. Cheng, Bar No. 240926
   dcheng@fordharrison.com
2  FORDHARRISON LLP
   350 South Grand Avenue, Suite 2300
3  Los Angeles, CA  90071
   Telephone:     (213) 237-2400
4  Facsimile:     (213) 237-2401

5  FORDHARRISON LLP
   Todd S. Aidman (*Pro Hac Vice*)
6  101 E. Kennedy Boulevard, Suite 900
   Tampa, FL 33602
7  Telephone: (813) 261-7800
   Facsimile: (813) 261-7899
8
   Attorneys for Defendants
9  LINCARE INC. and ALPHA
   RESPIRATORY INC.
10
                   UNITED STATES DISTRICT COURT
11
                  EASTERN DISTRICT OF CALIFORNIA
12

13

14  CHRISTINA CULLEY, an individual, on          CASE NO.  **2:15-cv-00081 GEB CMK**
    behalf of herself and on behalf of all
    persons similarly situated,                  **CLASS ACTION**
15
                    Plaintiff,                    **DISCOVERY MATTER**
16
         v.                                       **ORDER RE: JOINT REQUEST TO SEAL**
17                                                **DOCUMENTS RE: MOTION TO**
    LINCARE INC., a Corporation; ALPHA           **COMPEL FURTHER RESPONSES TO**
18  RESPIRATORY INC., a Corporation; and         **PLAINTIFF'S FIRST SET OF**
    DOES 1 through 50, Inclusive,                **DISCOVERY REQUESTS**
19
                    Defendants.                   Date:       August 19, 2015
20                                                Time:       10:00 a.m.
                                                  Location: Courtroom 304, 3d Floor
21                                                Judge:      Magistrate Craig M. Kellison
22
                                                  Complaint Filed:      October 21, 2014
23                                                Date of Removal:      January 12, 2015
24                                                Trial Date:           None Set

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:15-CV-00081 GEB CMK                    ORDER RE: JOINT REQUEST TO SEAL
                                                  DOCUMENTS

                                                  DOCUMENT PRINTED ON RECYCLED PAPER

1

## ORDER

2          This cause has come before the Court upon the Joint Request to Seal Documents re:

3    Motion to Compel Further Responses to Plaintiff's First Set of Discovery Requests.  The Court,

4    having reviewed the Joint Request and any responses thereto, **ORDERS, ADJUDGES and**

5    **DECREES** the following documents to be filed under seal:

6

7    Unredacted Version of Declaration of David L. Cheng in Support of Joint Statement re Motion to

8    Compel Further Responses to Plaintiff's First Set of Discovery Requests.

9

10          **IT IS SO ORDERED.**

11

12   **Dated:  August 18, 2015**

13                                                              **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES