1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (SBN 068687)
2  Kyle R. Nordrehaug (SBN 205975)
   Aparajit Bhowmik (SBN 248066)
3  Piya Mukherjee (SBN 274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858) 551-1223
5  Facsimile: (858) 551-1232

6  Attorneys for Plaintiff

7  **FORD & HARRISON LLP**
   David L. Cheng (Bar No. 240926)
8  350 South Grand Avenue, Suite 2300
   Los Angeles, CA 90071
9  Telephone: (213) 237-2400
   Facsimile: (213) 237-2401
10
   Attorneys for Defendants
11

12              **UNITED STATES DISTRICT COURT**

13              **EASTERN DISTRICT OF CALIFORNIA**

14

15 | CHRISTINA CULLEY, an individual, on behalf  | Case No. **2:15-cv-00081-GEB-CMK**
   | herself and on behalf of all persons similarly |
16 | situated,                                    | **STIPULATION AND [PROPOSED]**
   |                                              | **ORDER TO CONTINUE CLASS**
17 |                                              | **CERTIFICATION FILING DATES**
   |                  Plaintiff,                  |
18 |        v.                                    |
   |                                              |
19 | LINCARE INC., a Corporation;                 |
   | ALPHA RESPIRATORY INC., a Corporation;       |
20 | and Does 1 through 50, Inclusive,            |
   |                                              |
21 |                  Defendants.                 |

22

23

24

25

26

27

28

---

Plaintiff CHRISTINA CULLEY ("Plaintiff") and Defendants LINCARE INC. and ALPHA RESPIRATORY INC. ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court initially set the following Class Certification schedule:
- Plaintiff's deadline to file motion: September 28, 2015
- Defendant's deadline to file opposition: November 2, 2015
- Plaintiff's deadline to file reply: November 16, 2015
- Hearing re: Class Certification Motion: November 30, 2015

WHEREAS, the Parties are awaiting an order by the Magistrate Judge requiring Defendant Alpha Respiratory Inc. ("Defendant") to produce documents and records which Plaintiff will utilize for purposes of the class certification motion;

WHEREAS, the Parties have conferred and believe that a continuance of the briefing schedule for the motion for class certification is warranted to provide a sufficient amount of time for Defendant to produce the records and for Plaintiff to thereafter analyze the records and information;

WHEREAS, this is the first request for a continuance by either Party;

NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the Court to order that the briefing schedule for the motion for class certification be continued to the following dates:
- Plaintiff's deadline to file motion: December 18, 2015
- Defendant's deadline to file opposition: February 5, 2016
- Plaintiff's deadline to file reply: February 26, 2016
- Hearing re: Class Certification Motion: March 21, 2016

IT IS SO STIPULATED.

1  DATED: September 1, 2015          BLUMENTHAL, NORDREHAUG & BHOWMIK

3                                    By  /s/Piya Mukherjee
                                              Piya Mukherjee
4                                    Attorneys for Plaintiff

5  DATED: September 1, 2015          FORD & HARRISON LLP

7                                    By  /s/David L. Cheng
                                              David L. Cheng
8                                    Attorneys for Defendants

9  **IT IS SO ORDERED.**

10 **Dated:  September 1, 2015**

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     Senior United States District Judge

3
Stipulation to Continue Dates
Case No. 2:15-cv-00081-GEB-CMK