**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
Victoria B. Rivapalacio (SBN 275115)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

**FORD & HARRISON LLP**
David L. Cheng (Bar No. 240926)
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CULLEY, an individual, on behalf herself and on behalf of all persons similar situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>LINCARE INC., a Corporation;<br>ALPHA RESPIRATORY INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>　　　　　　　Defendants. | Case No. **2:15-cv-00081-GEB-CMK**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION FILING DATES** |

1  Plaintiff CHRISTINA CULLEY ("Plaintiff") and Defendants LINCARE INC. and
2  ALPHA RESPIRATORY INC. ("Defendants"), by and through their respective counsel, hereby
3  stipulate as follows:
4  WHEREAS, the Court initially set the following Class Certification schedule:
5  - Plaintiff's deadline to file motion: September 28, 2015
6  - Defendant's deadline to file opposition: November 2, 2015
7  - Plaintiff's deadline to file reply: November 16, 2015
8  - Hearing re: Class Certification Motion: November 30, 2015
9  WHEREAS, while awaiting an order by the Magistrate Judge regarding a discovery
10 dispute, the Court ordered a continuance, stipulated between the Parties, to the following Class
11 Certification schedule:
12 - Plaintiff's deadline to file motion: December 18, 2015
13 - Defendant's deadline to file opposition: February 5, 2016
14 - Plaintiff's deadline to file reply: February 26, 2016
15 - Hearing re: Class Certification Motion: March 21, 2016
16 WHEREAS, the order of the Magistrate Judge, issued November 2, 2015, orders the
17 production of supplemental responses and responsive documents and provides 21 days for
18 compliance, requiring the production of discovery relevant to Plaintiff's Class Certification
19 Motion on November 23, 2015;
20 WHEREAS, the order of the Magistrate Judge, issued November 2, 2015, denies without
21 prejudice a request for further responses to Request for Production No. 30, explicitly granting
22 Plaintiff authority to seek a further response after the initial response is supplemented.
23 WHEREAS, the Parties have conferred and, based on the above and the availability of
24 Counsel, believe that a continuance to the production ordered on November 2, 2015, as well as to
25 the briefing schedule for the motion for class certification, is warranted to provide a sufficient
26 amount of time for Defendant Alpha to produce the records and for Plaintiff to thereafter analyze
27 the records and information;
28

1  WHEREAS, this is the second request for a continuance by either Party to the class
2  certification deadlines;
3  NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the
4  Court to order that:
5  1. Defendant produce the supplemental responses and responsive documents that were the
6  subject of the Court's November 2, 2015 Order by December 11, 2015;
7  2. The briefing schedule for the motion for class certification be continued to the following
8  dates:
9  - Plaintiff's deadline to file motion: February 19, 2016
10  - Defendant's deadline to file opposition: April 15, 2016
11  - Plaintiff's deadline to file reply: May 6, 2016
12  - Hearing re: Class Certification Motion: May 27, 2016

IT IS SO STIPULATED.

DATED:  November 12, 2015          BLUMENTHAL, NORDREHAUG & BHOWMIK


                                   By   /s/    Victoria B. Rivapalacio
                                          Victoria B. Rivapalacio
                                   Attorneys for Plaintiff

DATED:  November 12, 2015          FORD & HARRISON LLP


                                   By  /s/  Lauren Williams
                                          Lauren Williams
                                      (on behalf of David L. Cheng)
                                   Attorneys for Defendants

**IT IS SO ORDERED.**

**Dated:  November 12, 2015**

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   Senior United States District Judge