**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
Victoria B. Rivapalacio (SBN 275115)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

**FORD & HARRISON LLP**
David L. Cheng (Bar No. 240926)
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CULLEY, an individual, on behalf herself and on behalf of all persons similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>LINCARE INC., a Corporation;<br>ALPHA RESPIRATORY INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>            Defendants. | Case No. **2:15-cv-00081-GEB-CMK**<br><br>**STIPULATION AND ORDER RE PROTECTIVE ORDER** |

Plaintiff CHRISTINA CULLEY ("Plaintiff") and Defendants LINCARE INC. and ALPHA RESPIRATORY INC. ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court ordered on November 2, 2015 that the Parties submit a proposed stipulated protective order regarding the production of the discovery compelled via the same order;

WHEREAS, there is a stipulated protective order on file in this action, ordered operative by this Court on July 16, 2015 (Dkt. 15);

WHEREAS, the Parties agree to that the protections in place pursuant to the governing protective order govern the production ordered on November 2, 2015 and sufficiently protects the associated discovery;

NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully request the Court to order that the stipulated protective order in place as of July 16, 2015 governs all further production in this action.

IT IS SO STIPULATED.

DATED:  November 12, 2015          BLUMENTHAL, NORDREHAUG & BHOWMIK

By  /s/  Victoria B. Rivapalacio
       Victoria B. Rivapalacio
Attorneys for Plaintiff

DATED:  November 12, 2015          FORD & HARRISON LLP

By  /s/   Lauren Williams
       Lauren Williams
       (on behalf of David L. Cheng)
Attorneys for Defendants

**IT IS SO ORDERED.**

**Dated:  November 20, 2015**

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE