FORDHARRISON LLP
David L. Cheng (Bar No. 240926)
dcheng@fordharrison.com
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

FORDHARRISON LLP
Todd S. Aidman (*Pro Hac Vice*)
taidman@fordharrison.com
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendants
LINCARE INC. and ALPHA RESPIRATORY INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CULLEY, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LINCARE INC., a Corporation; ALPHA RESPIRATORY INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. **2:15-cv-00081-MCE-CMK**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**DATE:** June 16, 2016<br>**TIME:** 2:00 p.m.<br>**DEPT:** Courtroom 7<br>Hon. Morrison C. England, Jr.<br><br>Complaint Filed: October 21, 2014<br>Date of Removal: January 12, 2015<br>Trial Date: None Set |

1    Plaintiff CHRISTINA CULLEY ("Plaintiff") and Defendants LINCARE
2 INC. and ALPHA RESPIRATORY INC. ("Defendants"), by and through their
3 respective counsel, hereby stipulate as follows:
4    WHEREAS, Plaintiff filed her Motion for Class Certification ("Motion") on
5 May 13, 2016;
6    WHEREAS, Plaintiff's Motion is currently set to be heard on June 16, 2016;
7    WHEREAS, counsel for Defendants previously had an arbitration set to
8 commence on June 15, 2016 and end on June 16, 2016, and thus has a conflict with
9 the hearing date for Plaintiff's Motion;
10    WHEREAS, on May 17, 2016, in conjunction with Plaintiff's Motion,
11 Defendants noticed the depositions of three declarants whom Plaintiff submitted
12 declarations in support of her Motion;
13    WHEREAS, on May 18, 2016, the Parties held a mediation session with Joel
14 Grossman.  While the mediation did not result in settlement, the Parties agreed to
15 provide additional time to determine whether a class-wide settlement is possible;
16    WHEREAS, the Parties have conferred and believe that a continuance of the
17 hearing and concurrent briefing deadlines for Plaintiff's Motion is warranted to
18 accommodate Defendants' counsel's schedule and to provide a sufficient amount of
19 time for Defendants consider whether settlement is possible;
20    WHEREAS, this is the first request for a continuance by either Party;
21    NOW, THEREFORE, and pursuant to E.D. Cal. Civ. L.R. 230, the Parties
22 hereby stipulate and agree, and respectfully request the Court to order that the
23 hearing date for Plaintiff's Motion be continued to June 23, 2016, and that all
24 Opposition and Reply briefing deadlines shall be set accordingly based on that
25 continued date.
26    IT IS SO STIPULATED.
27
28

| | | |
|---|---|---|
| 1 | DATED: May 19, 2016 | FORDHARRISON LLP |

By: /s/ David L. Cheng
DAVID L. CHENG
Attorney for Defendants LINCARE INC.
and ALPHA RESPIRATORY INC.

DATED: May 19, 2016   BLUMENTHAL, NORDREHAUG & BHOWMIK

By: /s/ Aparajit Bhowmik
APARAJIT BHOWMIK
PIYA MUKHERJEE
VICTORIA RIVAPALACIO
Attorney for Plaintiff

ORDER

The June 16, 2016 hearing on Plaintiff's Motion for Class Certification is VACATED and CONTINUED to June 30, 2016, at 2:00 p.m. All Opposition and Reply briefing deadlines shall be set accordingly based on that continued date.

IT IS SO ORDERED.

Dated: May 25, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE