1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTINA CULLEY,                         No.  2:15-cv-00081-MCE-CMK

12                    Plaintiff,

13        v.                                    **ORDER GRANTING PLAINTIFF'S**
                                                **MOTION FOR APPROVAL OF NOTICE**
14   LINCARE INC., ALPHA                        **OF PENDENCY OF CLASS ACTION TO**
     RESPIRATORY INC., and DOES 1              **THE CERTIFIED CLASS**
15   THROUGH 50,

16                    Defendants.

17

18        On August 15, 2016, Plaintiff submitted a proposed form of class notice and made

19   a motion for its approval.  ECF No. 60.  Defendants objected to:  (1) the ordering of its

20   sections; and (2) the wording of the class definition.  Defs.' Resp. 1:5–8, 1:28–2:3, ECF

21   No. 61.  Plaintiff agreed to reorder the notice's sections, but insisted on its original

22   wording in the class definition.  Pls.' Reply 1:2–5, ECF No. 62.

23        The only bone of contention then is whether the class should be introduced as "all

24   those individuals employed by Defendants Lincare, Inc. and Alpha Respiratory, Inc."

25   (preferred by Plaintiff) or as simply "all those individuals employed by Alpha Respiratory

26   Inc." (preferred by Defendants).  Defendants fear that recipients of the notice naming

27   both parties will mistakenly give the impression that the class also includes those

28   individuals who were employed solely by Lincare Inc.  See Defs.' Resp. 1:8–10, ECF

                                               1

1   No. 61.  Plaintiff fears that only naming Alpha Respiratory Inc. will cause confusion

2   among class members since many of the class members' employment documents, such

3   as paystubs, bore the Lincare Inc. logo.  See Pls.' Reply 1:19–24, ECF No. 62.  To

4   prevent any possible confusion, the first sentence should be amended to read:

5           TO:    all those individuals employed by Defendant Alpha
            Respiratory Inc., a wholly owned subsidiary of Defendant
6           Lincare, Inc., as non-exempt employees during October 21,
            2010 to the present (the "Class Period").
7

8           Accordingly, (1) the Court approves the second version of the Notice of Pendency

9   of Class Action provided by Plaintiff (Bhowmik Decl., ECF No. 62-1), amended as

10  described above; (2) Defendant shall disclose all class members' contact information to

11  Class Counsel and the third-party administrator within 15 days; (3) the Class Notice shall

12  be mailed within 30 days; and (4) the September 22, 2016, hearing on this matter is

13  VACATED.

14          IT IS SO ORDERED.

15  Dated:  September 17, 2016

16

17                                          MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

2