UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CULLEY, | No. 2:15-cv-00081-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER CLARIFYING THE GRANTING OF PLAINTIFF'S MOTION FOR APPROVAL OF NOTICE OF PENDENCY OF CLASS ACTION TO THE CERTIFIED CLASS** |
| LINCARE INC., ALPHA RESPIRATORY INC., and DOES 1 THROUGH 50, | |
| Defendants. | |

On September 21, 2016, Defendants filed an ex parte request for clarification, ECF No. 64, of this Court's prior order approving the form of class notice, ECF No. 63. According to Defendants, the class notice approved by this Court is defective because it contains "two different class definitions" and the putative class members "may be confused." Defs.' Ex Parte Appl. 2:26–27, ECF No. 64. Defendants are incorrect. "[A]ll persons employed by Defendants as non-exempt" is perfectly consistent with "all those individuals employed by Defendant Alpha Respiratory Inc., a wholly owned subsidiary of Defendant Lincare, Inc." "Defendants" is clearly a reference to the first sentence of the notice describing Alpha Repiratory Inc.'s relationship to Lincare, Inc.

At the same time, it is unclear to the Court why Plaintiffs would not be amenable to wording the sentence under "DEFINITION OF THE CLASS" as Defendants suggest,

i.e., reiterating that the class consists of "all those individuals employed by Defendant Alpha Respiratory Inc., a wholly owned subsidiary of Defendant Lincare, Inc." There is no reason the parties should need this Court's input, especially when the Court is as heavily impacted as this one, to resolve such a trivial dispute. To the contrary, this is a textbook example of a question that should have been addressed by stipulation submitted for the Court's approval, rather than by ex parte request, and the Court expects more cooperative conduct going forward.

That said, because Defendants insist that the approved class notice is somehow defective and because Plaintiffs refuse to agree to Defendants' modest suggested change, this Court hereby orders that the requested edit to the notice be made. Accordingly, the DEFINITION OF THE CLASS shall be amended to read, "On August 10, 2016, the Court ordered that the Lawsuit may proceed as a class action on behalf of all persons employed by Defendant Alpha Respiratory Inc., a wholly owned subsidiary of Defendant Lincare, Inc., as non-exempt during the Class Period."

IT IS SO ORDERED.

Dated:  September 23, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE