FORDHARRISON LLP
David L. Cheng (Bar No. 240926)
dcheng@fordharrison.com
Alexandria M. Witte (Bar No. 273494)
awitte@fordharrison.com
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

FORDHARRISON LLP
Todd S. Aidman (*Pro Hac Vice*)
taidman@fordharrison.com
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendants
LINCARE INC. and ALPHA RESPIRATORY INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CULLEY, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LINCARE INC., a Corporation; ALPHA RESPIRATORY INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. **2:15-cv-00081-MCE-CMK**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS' DEADLINE TO FILE REPLY TO THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE:   **December 15, 2016**<br>TIME:   **2:00 p.m.**<br>DEPT:   **Courtroom 7**<br>          **Hon. Morrison C. England, Jr.**<br><br>Complaint Filed:  October 21, 2014<br>Date of Removal: January 12, 2015<br>Trial Date:           None Set |

WSACTIVELLP:8855984.1

STIPULATION AND ORDER TO CONTINUE DEFENDANTS' DEADLINE TO FILE REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:15-CV-00081 MCE-CMK

1  Plaintiff CHRISTINA CULLEY ("Plaintiff") and Defendants LINCARE INC. and ALPHA RESPIRATORY INC. ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendants filed their Motion for Partial Summary Judgment ("Summary Judgment Motion") on October 20, 2016.

WHEREAS, pursuant to the Court's Pre-Trial Scheduling Order (Dkt. No. 52 at 4), Defendants set the Summary Judgment Motion for December 15, 2016;

WHEREAS, Plaintiff filed her opposition papers to the Summary Judgment Motion on November 17, 2016 (Dkt. No. 68) instead of November 10, 2016 as required by the Court's Pre-Trial Scheduling Order;

WHEREAS, Defendants' reply papers to the Summary Judgment Motion are currently due on November 23, 2016, excluding holidays.  (*See* Dkt. No. 52; Fed. R. Civ. P. 6(a)(1)(C).)

WHEREAS, the Parties have conferred and agreed to stipulate, subject to the Court's approval, to continue Defendants' deadline to file their reply papers to the Summary Judgment Motion to December 1, 2016;

WHEREAS, this is the first request for a continuance by either Party related to this motion;

NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request the Court to order that the deadline for Defendants to file their reply papers to the Summary Judgment Motion be continued to December 1, 2016.  The hearing date on the Summary Judgment Motion shall remain on calendar for December 15, 2016.

IT IS SO STIPULATED.

///
///
///
///
///
///

DATED: November 18, 2016           FORDHARRISON LLP


                                   By: /s/ David L. Cheng
                                       DAVID L. CHENG
                                       Attorney for Defendants LINCARE INC. and
                                       ALPHA RESPIRATORY INC.


DATED: November 18, 2016           BLUMENTHAL, NORDREHAUG & BHOWMIK


                                   By: /s/ Aparajit Bhowmik
                                       APARAJIT BHOWMIK
                                       PIYA MUKHERJEE
                                       VICTORIA RIVAPALACIO
                                       Attorney for Plaintiff

**IT IS SO ORDERED.**

**Dated:  November 22, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE