UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina Culley , <br><br>      Plaintiff, <br><br>v. <br><br>Lincare Inc. et al., <br><br>      Defendant. | Case No. 2:15-cv-00081-MCE-CMK <br><br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 10/9/2017.

October 13, 2017                                                      MARIANNE MATHERLY, CLERK

                                                                                                      By: /s/ L. Mena-Sanchez <br>
                                                                                                      Deputy Clerk